**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

| | |
|---|---|
| CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br>                 Plaintiff, <br><br>    v. <br><br> HOLLEY INC., f/k/a EMPOWER LTD., TOM TOMLINSON, and DOMINIC BARDOS, <br><br>                 Defendants. | Case No. 1:23-cv-148-GNS <br><br> Judge Greg N. Stivers |

## AGREED ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT

Plaintiff City of Fort Lauderdale General Employees' Retirement System ("Plaintiff") and Defendants Holley Inc., Tom Tomlinson, and Dominic Bardos ("Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate and agree as follows:

WHEREAS, on November 6, 2023, Plaintiff filed the above-captioned lawsuit, a putative class action alleging violations of the federal securities laws under the Securities Exchange Act of 1934, against Defendants. On November 9, 2023, Plaintiff personally served Defendants Holley Inc. and Tom Tomlinson with the Summons and Complaint, and Defendant Dominic Bardos was served through counsel on November 17, 2023;

WHEREAS, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)-(B), provides that (i) not later than 20 days after the date on which the first complaint is filed, the plaintiff shall publish a notice advising members of the purported plaintiff

class, (ii) not later than 60 days after the date on which the notice is published any member of the purported class may move the court to serve as lead plaintiff, and (iii) not later than 90 days after the date on which a notice is published the court shall appoint the "most adequate plaintiff" as lead plaintiff;

WHEREAS, in compliance with Section 21D(a)(3)(A)(i) of the PSLRA, notice was published on November 6, 2023 ("Notice"). The Notice advised members of the putative class of the pendency of this action, the claims asserted therein, the purported class period, and the January 5, 2024 deadline for any member of the putative class to move the Court to serve as lead plaintiff;

WHEREAS, while Defendants' deadline to file responsive pleadings is forthcoming, the Parties have agreed that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, the time for Defendants to respond to the Complaint should be stayed until after the Court's appointment of lead plaintiff(s) and approval of lead counsel;

IT IS HEREBY ORDERED that:

1.    Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending appointment of lead plaintiff(s) and lead counsel.

2.    Within 14 days after the entry of an order appointing lead plaintiff(s) and lead counsel in this action, lead plaintiff(s) and Defendants shall meet and confer and propose a schedule to the Court for the filing of an amended complaint, or designation of an operative complaint, and the response thereto.

Greg N. Stivers, Chief Judge
United States District Court

November 28, 2023

STIPULATED AND AGREED TO:

<u>*David Garrison* (with permission)</u>
David Garrison (98258)
BARRETT JOHNSTON MARTIN
& GARRISON, PLLC
200 31st Avenue North
Nashville, TN 37203
Telephone: (615) 244-2202
dgarrison@barrettjohnston.com

Robert J. Robbins (*pro hac vice* forthcoming)
ROBBINS GELLER RUDMAN
& DOWD LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33423
Telephone: (561) 750-3000
rrobbins@rgrdlaw.com

*Attorneys for Plaintiff City of Fort Lauderdale*
*General Employees' Retirement System*


<u>*Michael P. Abate*</u>
Michael P. Abate
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
Telephone: 502-540-8280
Email: mabate@kaplanjohnsonlaw.com

Sean M. Berkowitz (*pro hac vice* forthcoming)
Eric R. Swibel (*pro hac vice* forthcoming)
Nicholas J. Siciliano (*pro hac vice* forthcoming)
Latham & Watkins LLP
330 North Wabash Street, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767
Email: sean.berkowitz@lw.com
       eric.swibel@lw.com
       nicholas.siciliano@lw.com

*Attorneys for Defendants Holley Inc., Tom Tomlinson*
*& Dominic Bardos*