UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

AT BOWLING GREEN

| | |
|---|---|
| CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLEY INC., f/k/a EMPOWER LTD., et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-00148-GNS<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTED AMENDED COMPLAINT |

Having considered Lead Plaintiff City of Fort Lauderdale General Employees' Retirement System's Motion for Leave to File Supplemented Amended Complaint, and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. Lead Plaintiff is instructed to file the Supplemented Amended Complaint with the Clerk of this Court as soon as reasonably practicable upon entry of this Order.

IT IS SO ORDERED.

DATED:_____          _____
                                       THE HONORABLE GREG N. STIVERS
                                       UNITED STATES CHIEF DISTRICT JUDGE