**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

|  |  |
|---|---|
| CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>HOLLEY INC., TOM TOMLINSON, DOMINIC BARDOS, and VINOD NIMMAGADDA<br><br>                              Defendants. | Case No. 1:23-cv-148-GNS<br><br>Judge Greg N. Stivers |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR TELEPHONIC
<u>STATUS CONFERENCE</u>**

Defendants oppose Plaintiff's Motion for Telephonic Status Conference as both unnecessary and moot. *See* Dkt. 69. As is their right given Plaintiff's decision to supersede its prior Complaint, Defendants have moved to dismiss the Supplemented Amended Complaint (Dkt 70). There is no need for a telephonic status conference to allow Plaintiff to explain orally why it believes the Motion has no merit—indeed, Plaintiff can and should raise its arguments in opposition to the Motion to Dismiss, which opposition is due on April 24, 2025.

Putting aside the procedural infirmities in Plaintiff's request, it is also substantively wrong about its interpretation of the Court's Order (Dkt. 67). As explained in Defendants' Motion to Dismiss the Supplemented Amended Complaint (Dkt. 70), Plaintiff's interpretation contradicts the cases cited in the Order. *See* Dkt. 67 at 7. Those cases support that Plaintiff's Supplemented Amended Complaint superseded its prior complaint and therefore mooted Defendants' prior motion to dismiss. As a result, Defendants have the opportunity to move to dismiss the operative

1

complaint, and they filed that Motion on April 3, 2025. *See* Dkt. 70; *Disselkamp v. Norton Healthcare, Inc.*, 2019 WL 3536038, at *2 (W.D. Ky. Aug. 2, 2019) (denying motion to dismiss original complaint as moot and ruling on motion to dismiss amended complaint); *Herran Props., LLC v. Lyon Cnty. Fiscal Ct.*, No. 5:17-CV-00107-GNS (W.D. Ky.), Dkts. 22, 27, 37 (same); *Ky. Press Ass'n, Inc. v. Kentucky*, 355 F. Supp. 2d 853, 857 (E.D. Ky. 2005) (same). For the reasons stated in Defendants' Motion to Dismiss, the Supplemented Amended Complaint fails to allege with particularity a false or misleading statement or a strong inference of scienter as to any of the named Defendants. *See* Dkt. 70.

Briefing on Defendants' Motion to Dismiss will be complete in a few weeks, on May 8, 2025. *See* L.R. 7.1(c). If Plaintiff continues to disagree with how the case should proceed, it presumably will raise those arguments in its opposition to Defendants' Motion to Dismiss due on April 24, 2025, or it can request oral argument on that Motion. *See* L.R. 7.1(f). As a result, Defendants do not believe the requested telephonic status conference is necessary.

Dated: April 23, 2025

Respectfully submitted,

*s/ Sean M. Berkowitz*
Sean M. Berkowitz (*pro hac vice*)
Eric R. Swibel (*pro hac vice*)
Nicholas J. Siciliano (*pro hac vice*)
Renatta A. Gorski (*pro hac vice*)
Latham & Watkins LLP
330 North Wabash Street, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767
Email: sean.berkowitz@lw.com

eric.swibel@lw.com
nicholas.siciliano@lw.com
renatta.gorski@lw.com

Michele D. Johnson (*pro hac vice*)
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235
Facsimile: 714.755.8290
Email: michele.johnson@lw.com

Michael P. Abate
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
Telephone: 502.540.8280
Email: mabate@kaplanjohnsonlaw.com

*Attorneys for Defendants Holley Inc., Tom Tomlinson, Dominic Bardos, and Vinod Nimmagadda*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I electronically filed the foregoing document with the Court via CM/ECF, which will automatically send notice and a copy of same to counsel of record via email.

/s/ *Sean M. Berkowitz*
Sean M. Berkowitz