**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN**

| | |
|---|---|
| CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:23-cv-148-GNS |
| v. | Judge Greg N. Stivers |
| HOLLEY INC., f/k/a EMPOWER LTD., TOM TOMLINSON, DOMINIC BARDOS, and VINOD NIMMAGADDA, | Magistrate Judge H. Brent Brennenstuhl |
| Defendants. | |

**AMENDED AGREED ORDER EXTENDING DEFENDANTS' TIME TO RESPOND
TO PLAINTIFF'S SUPPLEMENTED AMENDED COMPLAINT**

Defendants Holley Inc., Tom Tomlinson, Dominic Bardos, and Vinod Nimmagadda ("Defendants"), by and through their undersigned counsel, engaged in a discussion with City of Fort Lauderdale General Employees' Retirement System's ("Plaintiff," and together with Defendants, the "Parties") counsel on September 3, 2025, and the Parties hereby agree as follows:

WHEREAS, on March 20, 2025, Plaintiff filed a Supplemented Amended Complaint for Violations of the Federal Securities Laws in the above-captioned lawsuit (the "Complaint") on behalf of a putative class, alleging Defendants violated the Securities Exchange Act of 1934, (Dkt. 68).

WHEREAS, on April 3, 2025, Defendants moved to dismiss Plaintiff's Complaint (Dkt. 70).

WHEREAS, on August 29, 2025, this Court denied Defendants' motion to dismiss Plaintiff's Complaint (Dkt. 78).

WHEREAS, Defendants' Answer to Plaintiff's Complaint (the "Answer") is currently due on September 12, 2025.

WHEREAS, Defendants and their counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff.  Accordingly, Defendants respectfully request a 30-day extension of the deadline to file their Answer, up to and including October 13, 2025.[1]

WHEREAS, the Defendants' counsel asked whether Plaintiff opposed a 30-day extension of Defendants' deadline to file the Answer, and Plaintiff's counsel agreed to the requested extension of time but expressed their intent to proceed with the Rule 16 conference and discovery in parallel.

WHEREAS, this is Defendants' first request for an extension of time.

WHEREAS, Defendants' request for an extension is made in good faith, not for purposes of delay, and providing the extension will not prejudice any party.

IT IS HEREBY ORDERED that:

1.    Defendants' deadline to answer the Plaintiff's Complaint is October 13, 2025.

2.    All other deadlines, including pertaining to the Rule 16 conference, remain unchanged.

Date:  _September 10, 2025_

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

---

[1] Thirty days from Defendants' current deadline to file their Answer is October 12, 2025, which is a Sunday.  Accordingly, Defendants' new deadline would be October 13, 2025

STIPULATED AND AGREED TO:

DATED: September 10, 2025

*Robert J. Robbins* (with permission)
Robert J. Robbins (*pro hac vice*)
Elizabeth A. Shonson (*pro hac vice*)
Andrew T. Rees (*pro hac vice*)
Alex Kaplan (*pro hac vice*)
ROBBINS GELLER RUDMAN
& DOWD LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33423
Telephone: (561) 750-3000
Email: rrobbins@rgrdlaw.com
      eshonson@rgrdlaw.com
      arees@rgrdlaw.com
      akaplan@rgrdlaw.com

David Garrison (98258)
BARRETT JOHNSTON MARTIN
& GARRISON, PLLC
200 31st Avenue North
Nashville, TN 37203
Telephone: (615) 244-2202
Email: dgarrison@barrettjohnston.com

*Attorneys for Plaintiff City of Fort Lauderdale General Employees' Retirement System*

DATED: September 10, 2025

*Sean M. Berkowitz*
Sean M. Berkowitz (*pro hac vice*)
Eric R. Swibel (*pro hac vice*)
Nicholas J. Siciliano (*pro hac vice*)
Renatta A. Gorski (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Street, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767
Email: sean.berkowitz@lw.com
      eric.swibel@lw.com
      nicholas.siciliano@lw.com

Michele D. Johnson (*pro hac vice*)
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235
Facsimile: 714.755.8290
Email: michele.johnson@lw.com

Michael P. Abate
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
Telephone: 502-540-8280
Email: mabate@kaplanjohnsonlaw.com

*Attorneys for Defendants Holley Inc., Tom Tomlinson, Dominic Bardos & Vinod Nimmagadda*