## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

_____

|  |  |
|---|---|
| **CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM** *on Behalf of Itself and All Others Similarly Situated* | ) ) ) ) ) ) |
| **PLAINTIFFS** | ) **Civil Action No. 1:23cv-00148-GNS** |
| **vs.** | ) **Chief Judge Greg N. Stivers** ) |
| **HOLLEY, INC.** *formerly known as* **Empower Ltd.; TOM TOMLINSON; DOMINIC BARDOS and VINOD NIMMAGADDA** | ) ) ) ) ) |
| **DEFENDANTS** | ) |

## <u>ORDER</u>

A telephonic motion conference was conducted in this action on October 8, 2025, with the undersigned presiding.  Participating in the conference were Robert J. Robbins for the Plaintiff and Nicholas J. Siciliano for the Defendants.  Following discussions between counsel and the Court,

**IT IS ORDERED** Defendants' Motion for Extension of time to File Answer to Plaintiff's Supplemental Amended Complaint at DN 88 is **GRANTED.**  Defendants' deadline to answer Plaintiff's Supplemental Amended Complaint is **November 12, 2025.** All other deadlines remain unchanged.

**IT IS FURTHER ORDERED** the Motion to Expedite the Court's Review of Defendants' Motion for Extension of Time to Respond to Plaintiff's Supplemental Amended Complaint at DN 89 is **DENIED** as moot.

ENTERED this   October 9, 2025

H. Brent Brennenstuhl
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:      Counsel of Record

0|06