UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:23-CV-00148-GNS

CITY OF FORT LAUDERDALE GENERAL
EMPLOYEES' RETIREMENT SYSTEM                                    PLAINTIFF

v.

HOLLEY INC., et al.                                            DEFENDANTS

## ORDER

On November 7, 2025, the Clerk's Office issued an "Invoice Pro Hac Vice Renewal Fee" (DN 105) to Attorney Robert J. Robbins directing him to pay his annual renewal fee of $150.00 within 45 days of the notice.

As of January 15, 2026, this renewal fee has to been received by the Court.

**IT IS HEREBY ORDERED** that Attorney Robbins shall pay his overdue balance of $150.00 **within 14 days of the entry of this Order**.  Failure to do so will result in Attorney Robbins being suspended from appearing in any action in front of this Court.

Greg N. Stivers, Judge
United States District Court
January 16, 2026

cc:     Counsel of record