| | |
|---|---|
| **From:** | Alex Kaplan <AKaplan@rgrdlaw.com> |
| **Sent:** | Thursday, February 5, 2026 4:36 PM |
| **To:** | Strauss, Catherine |
| **Cc:** | Michael, Chris W.; Deborah Tack |
| **Subject:** | RE: JEGS New Case - Holley vs. Ft. Lauderdale |

Cathy,

Thank you for reaching out about the subpoena. Plaintiff is happy to oblige your request for extension until April 17 if Jegs is anticipating making a production of responsive documents by that time. Otherwise, we are amenable to an extension until March 25 for your written response, and can make ourselves available for conferral before then, if you have any questions.  Please let me know if that works for you.

Thank you,
Alex

**From:** Catherine.Strauss@icemiller.com <Catherine.Strauss@icemiller.com>
**Sent:** Thursday, February 5, 2026 1:04 PM
**To:** Alex Kaplan <AKaplan@rgrdlaw.com>
**Cc:** Chris.Michael@icemiller.com
**Subject:** JEGS New Case - Holley vs. Ft. Lauderdale

EXTERNAL SENDER
Alan:  I am corporate counsel for Jegs who received the attached subpoena. You have asked for a response by March 4th.  May we request additional time until April 17th?

Thank you.
Cathy

**Catherine Strauss** | Columbus Office Managing Partner



**P** 614-462-1069  **C** 513-319-9312  **F** 614-462-5135
| **ice**miller.com

**Thomson Reuters™**
STAND-OUT LAWYER 2025

*************************************************************************************************************
***************************************************************************
CONFIDENTIALITY NOTICE: This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.
Thank you.
ICE MILLER LLP

1

**EXHIBIT B**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**