**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| **CITY OF FORT LAUDERDALE** | : | |
| **GENERAL EMPLOYEES'** | : | |
| **RETIREMENT SYSTEM,** | : | |
| | : | **Case No. 1:23-cv-00148** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Judge Greg N. Stivers** |
| | : | |
| **HOLLEY INC.** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

**[PROPOSED] ORDER GRANTING JEG'S HIGH PERFORMANCE'S MOTION TO QUASH  SUBPOENA OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

This matter having come before this Court upon non-party Jeg's High Performance's Motion to Quash, including its memorandum in support, the Court being fully advised, and good cause appearing therefore, it is hereby

**ORDERED** that the Motion is **GRANTED** and the subpoena Plaintiff issued to Jeg's High Performance is quashed in its entirety.

Dated: _____

_____
JUDGE GREG N. STIVERS

Distribution List:

All counsel of record via the Court's CM/ECF system