BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
DAVID GARRISON (KY Bar No. 98258)
200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2202
dgarrison@barrettjohnston.com

Local Counsel

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF KENTUCKY

## AT BOWLING GREEN

| | |
|---|---|
| CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> HOLLEY INC., f/k/a EMPOWER LTD., et al., <br><br> Defendants. | Civil Action No. 1:23-cv-00148-GNS <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF ALEX KAPLAN IN SUPPORT OF LEAD PLAINTIFF'S RESPONSE IN OPPOSITION TO NON-PARTY JEG'S HIGH PERFORMANCE'S MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

I, ALEX KAPLAN, declare as follows:

1.      I am a member of the Bar of the State of Florida, and I am admitted *pro hac vice* to appear to practice before this Court in this matter.

2.      I am an attorney of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"). Robbins Geller serves as Court-approved Lead Counsel for Court-appointed Lead Plaintiff City of Fort Lauderdale General Employees' Retirement System ("Lead Plaintiff"). I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

3.      Attached are true and correct copies of the following exhibits:

Exhibit A       Email from Lead Plaintiff's counsel to Jeg's High Performance's counsel, dated March 3, 2026

Exhibit B       Email from Lead Plaintiff's counsel to Jeg's High Performance's counsel, dated March 4, 2026

Exhibit C       Email from Jeg's High Performance's counsel to Lead Plaintiff's counsel, dated March 17, 2026

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 24th day of March, 2026, in Boca Raton, Florida.

*s/ Alex Kaplan*
ALEX KAPLAN