# EXHIBIT A

## Alex Kaplan

| | |
|---|---|
| **From:** | Alex Kaplan |
| **Sent:** | Tuesday, March 3, 2026 5:50 PM |
| **To:** | 'Kishala.Srivastava@icemiller.com'; Catherine.Strauss@icemiller.com |
| **Cc:** | Candyce Thornton; Sabrina Tirabassi |
| **Subject:** | RE: Subpoena to Jeg's High Performance - City of Fort Lauderdale General Employee's Retirement System v. Holley, Inc. et al. |

Counsel,

Thank you for taking the time to speak to me on March 2-3, 2026, regarding Lead Plaintiff's subpoena to JEGS High Performance ("JEGS") dated February 2, 2026. During our calls, you discussed the scope of the subpoena and the cost/burden for JEGS to respond.  While we are willing to negotiate the scope of the subpoena in good faith, it remains necessary for JEGS to respond.

We also spoke about an extension of time for JEGS to respond (in addition to the previously agreed to 30-day extension). As discussed during our call, Lead Plaintiff is willing to grant an additional two month extension, until May 25, 2026, if JEGS will commit to producing a narrowed set of document in its initial prediction by that time.  With respect to the content of JEGS's initial production, and without waiving or amending Lead Plaintiff's requests, we agree to accept JEGS' production of responsive, non-privileged documents and communications that are easily identifiable and readily available to JEGS, as well as any materials or information available only to JEGS (*i.e.*, without limitation, internal communications responsive to the subpoena) that fall within the narrowed period of July 21, 2021 through February 6, 2023 ("Class Period").  As discussed, we are open to negotiate the use of custodians and/or search terms to aid in JEGS' search and collection of documents. We are agreeing to this limited scope as part of our good faith effort to obtain the documents needed for prosecution of our litigation, while also balancing JEGS' costs and expenses.  As to the remaining categories of documents, we agree to meet and confer upon receipt and review of JEGS' initial production of documents.  To the extent that JEGS does identify additional responsive documents responsive to the subpoena, we continue to request that such documents are produced. Lead Plaintiff reserves all rights and waives none.

To clarify the timing of JEGS' response, the current deadline to respond pursuant to the parties' agreement, is March 25, 2026. Lead Plaintiff acknowledges that JEGS does not waive any rights in regards to the subpoena by responding by March 25 (or later pending further agreement) rather than the original response date of March 4, 2026. Please let us know if that is amenable to JEGS.

We look forward to hearing from you soon.

Best,
Alex

---

**From:** Kishala.Srivastava@icemiller.com <Kishala.Srivastava@icemiller.com>
**Sent:** Friday, February 27, 2026 1:29 PM
**To:** Alex Kaplan <AKaplan@rgrdlaw.com>
**Cc:** Catherine.Strauss@icemiller.com
**Subject:** Subpoena to Jeg's High Performance - City of Fort Lauderdale General Employee's Retirement System v. Holley, Inc. et al.

EXTERNAL SENDER
Good afternoon,

1

Attached is correspondence sent on behalf of Catherine Strauss regarding the above matter. Please let us know your availability on Monday, March 2, 2026, to discuss.

Thank you,
Kishala

**Kishala Srivastava** | Associate



**P** 614-462-5040

250 West Street Suite 700 Columbus, OH 43215

Kishala.Srivastava@icemiller.com | **icemiller.com**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONFIDENTIALITY NOTICE: This E-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this E-mail or any attachment is prohibited. If you have received this E-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.
Thank you.
ICE MILLER LLP
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*