**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

| | |
|---|---|
| CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  v.<br><br>HOLLEY INC., f/k/a EMPOWER LTD., TOM TOMLINSON, DOMINIC BARDOS, and VINOD NIMMAGADDA,<br><br>        Defendants. | Case No. 1:23-cv-148-GNS-HBB<br><br>Judge Greg N. Stivers |

**AGREED ORDER EXTENDING PARTIES' CLASS**
**CERTIFICATION BRIEFING SCHEDULE**

Plaintiff City of Fort Lauderdale General Employees' Retirement System ("Lead Plaintiff") and Defendants Holley Inc., Tom Tomlinson, Dominic Bardos, and Vinod Nimmagadda ("Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate and agree as follows:

WHEREAS, on January 23, 2026, Lead Plaintiff filed a Motion and Incorporated Memorandum of Law for Class Certification and Appointment of Class Representative and Class Counsel (ECF 122) (the "Motion").

WHEREAS, under the current briefing schedule, Defendants' opposition to the Motion is due on April 8, 2026, and Lead Plaintiff's reply is due on June 5, 2026.

2

WHEREAS, the Lead Plaintiff's deposition is scheduled for April 7, 2026, and Dr. Matthew Cain's deposition (Lead Plaintiff's expert in support of class certification) is scheduled for April 10, 2026.

WHEREAS, Defendants require sufficient time following Lead Plaintiff's and Dr. Cain's depositions to adequately prepare their opposition to the Motion.

WHEREAS, the Parties have conferred and agreed that a three-week extension to the current briefing deadlines is reasonable and will not prejudice any party or otherwise affect the schedule in this matter.

IT IS HEREBY ORDERED that:

1.     Defendants' deadline to file their opposition to the Motion shall be extended from April 8, 2026 to April 29, 2026.

2.     Lead Plaintiff's deadline to file any reply in support of the Motion shall be extended from June 5, 2026 to June 26, 2026.

3.     All other deadlines in the current Scheduling Order (ECF 95) remain intact.

Dated:   March 25, 2026

**Greg N. Stivers, Judge**
**United States District Court**

2

STIPULATED AND AGREED TO:

*/s/ Robert J. Robbins* (with permission)
Robert J. Robbins (admitted *pro hac vice*)
Elizabeth A. Shonson (admitted *pro hac vice*)
Andrew T. Rees (admitted *pro hac vice*)
Alex Kaplan (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN
  & DOWD LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33423
Telephone: (561) 750-3000
rrobbins@rgrdlaw.com
eshonson@rgrdlaw.com
arees@rgrdlaw.com
akaplan@rgrdlaw.com

David Garrison (98258)
BARRETT JOHNSTON MARTIN
& GARRISON, PLLC
200 31st Avenue North
Nashville, TN 37203
Telephone: (615) 244-2202
dgarrison@barrettjohnston.com


*Lead Counsel for Lead Plaintiff*

*/s/ Nicholas J. Siciliano*
Sean M. Berkowitz (admitted *pro hac vice*)
Eric R. Swibel (admitted *pro hac vice*)
Nicholas J. Siciliano (admitted *pro hac vice*)
Renatta A. Gorski (admitted *pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Street, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767
Email: sean.berkowitz@lw.com
          eric.swibel@lw.com
          nicholas.siciliano@lw.com
          renatta.gorski@lw.com

Michele D. Johnson (admitted *pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235
Facsimile: 714.755.8290
Email: michele.johnson@lw.com

Michael A. Galdes (admitted *pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Telephone: 424.653.5500
Facsimile: 424.653.5501
Email: michael.galdes@lw.com

Michael P. Abate
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
Telephone: 502-540-8280
Email: mabate@kaplanjohnsonlaw.com

*Attorneys for Defendants Holley Inc., Tom Tomlinson, Dominic Bardos, and Vinod Nimmagadda*

4