BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
DAVID GARRISON (KY Bar No. 98258)
200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2202
dgarrison@barrettjohnston.com

Local Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

AT BOWLING GREEN

| | |
|---|---|
| CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> HOLLEY INC., f/k/a EMPOWER LTD., et al., <br><br> Defendants. | Civil Action No. 1:23-cv-00148-GNS <br><br> <u>CLASS ACTION</u> <br><br> UNOPPOSED ORDER EXTENDING LEAD PLAINTIFF'S TIME TO RESPOND TO NON-PARTY TURN5, INC. D/B/A AMERICAN MUSCLE'S MOTION TO QUASH SUBPOENA OR, ALTERNATIVELY, MOTION FOR PROTECTIVE ORDER |

Lead Plaintiff City of Fort Lauderdale General Employees' Retirement System ("Plaintiff"), by and through its undersigned counsel, engaged in a discussion with counsel for non-party Turn5, Inc. d/b/a American Muscle ("Turn5") and, separately, with counsel for Defendants Holley Inc., Tom Tomlinson, Dominic Bardos, and Vinod Nimmagadda ("Defendants") on April 2, 2026 regarding Turn5's Motion to Quash Subpoena or, Alternatively, Motion for Protective Order ("Motion"), and states as follows:

WHEREAS, on February 4, 2026, Plaintiff caused to be served on Turn5's agent for service of process a subpoena for production of documents, dated February 2, 2026 (the "Subpoena");

WHEREAS, Turn5 timely provided written objections to the Subpoena and offered to meet and confer regarding the Subpoena and its scope. In subsequent communications, counsel for Plaintiff and Turn5 discussed the Subpoena and its scope, but did not reach an agreement;

WHEREAS, on March 16, 2026, Turn5 filed its Motion, requesting that the Court quash the Subpoena or provide alternative relief from the Subpoena;

WHEREAS, Plaintiff's response in opposition to the Motion is due to be filed on April 6, 2026;

WHEREAS, Plaintiff's counsel has requested additional time to meet and confer with counsel for Turn5 in an effort to resolve the dispute over the Subpoena and the arguments raised in the Motion;

WHEREAS, Plaintiff's counsel asked whether Turn5 or Defendants opposed a one-week extension of Plaintiff's deadline to respond to Turn5's Motion, and counsel for Turn5 and Defendants each agreed to the requested extension of time;

WHEREAS, this is Plaintiff's first request for an extension of time regarding the Motion; and

- 1 -

WHEREAS, Plaintiff's request for an extension is made in good faith, not for purposes of delay, and providing the extension will not prejudice any party or Turn5, and will potentially conserve judicial resources regarding the Motion;

IT IS HEREBY ORDERED that:

1.    Plaintiff's deadline to respond to the Motion is extended to April 13, 2026.

2.    Turn5's deadline to submit a reply in further support of its Motion is extended to April 27, 2026.

*H. Brent Brennenstuhl*

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

April 3, 2026

STIPULATED AND AGREED TO:

DATED:  April 3, 2026

ROBBINS GELLER RUDMAN &
  DOWD LLP
ROBERT J. ROBBINS (admitted *pro hac vice*)
ELIZABETH A. SHONSON (admitted *pro hac vice*)
SABRINA E. TIRABASSI (admitted *pro hac vice*)
ANDREW T. REES (admitted *pro hac vice*)
ALEX KAPLAN (admitted *pro hac vice*)

*s/ Robert J. Robbins*
ROBERT J. ROBBINS

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33423
Telephone:  561/750-3000
rrobbins@rgrdlaw.com
eshonson@rgrdlaw.com
stirabassi@rgrdlaw.com
arees@rgrdlaw.com
akaplan@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
DAVID GARRISON (KY Bar No. 98258)
200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2202
dgarrison@barrettjohnston.com

*Local Counsel*

DATED:  April 3, 2026

NELSON MULLINS RILEY &
  SCARBOROUGH LLP
MELISSA FOSTER BIRD (KYSB 92261)
SHAINA D. MASSIE (KYSB 99818)

       *s/ Melissa Foster Bird*
       MELISSA FOSTER BIRD

949 Third Avenue, Suite 200
Huntington, WV  25701
Telephone:  304/526-3503
melissa.fosterbird@nelsonmullins.com
shaina.massie@nelsonmullins.com

*Counsel for Turn 5, Inc. d/b/a American Muscle*

- 3 -

DATED:  April 3, 2026

LATHAM & WATKINS LLP
SEAN M. BERKOWITZ (admitted *pro hac vice*)
ERIC R. SWIBEL (admitted *pro hac vice*)
NICHOLAS J. SICILIANO (admitted *pro hac vice*)
RENATTA GORSKI (admitted *pro hac vice*)


*s/ Nicholas J. Siciliano*
NICHOLAS J. SICILIANO

330 North Wabash Street, Suite 2800
Chicago, IL  60611
Telephone:  312/876-7700
sean.berkowitz@lw.com
eric.swibel@lw.com
nicholas.siciliano@lw.com
renatta.gorski@lw.com

LATHAM & WATKINS LLP
Michele D. Johnson (admitted *pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
Telephone:  714/540-1235
Michele.johnson@lw.com

LATHAM & WATKINS LLP
Michael A. Galdes (admitted *pro hac vice*)
10250 Constellation Blvd. Suite 1100
Los Angeles, CA  90067
Telephone: 424/653-5500
michael.galdes@lw.com

KAPLAN JOHNSON ABATE & BIRD LLP
MICHAEL P. ABATE
710 W. Main St., 4th Floor
Louisville, KY  40202
Telephone:  502/540-8280
mabate@kaplanjohnsonlaw.com

*Attorneys for Defendants Holley Inc., Tom
Tomlinson, Dominic Bardos, and Vinod Nimmagadda*

- 4 -