**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN**

| | |
|---|---|
| **CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,** | |
| **Plaintiff,** | **Case No.: 1:23-cv-00148-GNS-HBB** <br> **Judge Greg N. Stivers** <br> **Magistrate Judge H. Brent Brennenstuhl** |
| **v.** | |
| **HOLLEY INC., et al.,** | |
| **Defendants.** | |

**MOTION TO STRIKE THE MOTION TO QUASH SUBPOENA
OF NON-PARTY TURN 5, INC. D/B/A AMERICAN MUSCLE**

COMES NOW, non-party Turn 5, Inc. d/b/a American Muscle ("Turn5") through its undersigned counsel and files this Motion to Strike the Motion to Quash of Non-Party Turn 5, Inc. d/b/a American Muscle filed on March 16, 2026. The parties have resolved the issue, without prejudice.

WHEREFORE, non-party Turn 5, Inc. d/b/a American Muscle respectfully requests that this Court grant its motion and strike the motion to quash the subpoena Plaintiff served on it.

> **TURN 5, Inc. d/b/a AMERICAN MUSCLE**
>
> By: *Melissa Foster Bird*
>             Of Counsel

Melissa Foster Bird, Esq. (KYSB 92261)
Shaina D. Massie, Esq. (KYSB 99818)
**Nelson Mullins Riley & Scarborough LLP**
949 Third Avenue, Suite 200
Huntington, West Virginia 25701
Melissa.FosterBird@NelsonMullins.com
Shaina.Massie@NelsonMullins.com
(304) 526-3503
(304) 526-3599 (fax)

*Counsel for Turn 5, Inc. d/b/a American Muscle*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2026, the foregoing *"Motion to Strike the Motion to Quash Subpoena of Non-Party Turn 5, Inc. d/b/a American Muscle"* was served via the Court's CM/ECF electronic filing system, which delivered electronic notice of this filing to all e-filing participants in this action.

/s/ Melissa Foster Bird
Melissa Foster Bird, Esq. (KYSB 92261)

**Counsel for Turn 5, Inc. d/b/a American Muscle**

3