**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN**

| | |
|---|---|
| **CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,** | |
| **Plaintiff,** | **Case No.: 1:23-cv-00148-GNS-HBB**<br>**Judge Greg N. Stivers**<br>**Magistrate Judge H. Brent Brennenstuhl** |
| **v.** | |
| **HOLLEY INC., et al.,** | |
| **Defendants.** | |

**PROPOSED ORDER GRANTING NON-PARTY TURN 5, INC.'S
MOTION TO STRIKE THE MOTION TO QUASH SUBPOENA**

This matter is before the Court on the Motion to Strike the Motion to Quash Subpoena of Non-Party Turn 5, Inc. d/b/a American Muscle, filed by non-party Turn 5, Inc. d/b/a American Muscle ("Turn5"). The Court, having reviewed the Motion and being otherwise sufficiently advised, and noting the parties' representation that the dispute has been resolved without prejudice, ORDERS as follows:

1. The Motion is GRANTED; and

2. The Motion to Quash Subpoena filed by non-party Turn 5, Inc. d/b/a American Muscle is hereby STRICKEN WITHOUT PREJUDICE.

IT IS SO ORDERED.

Date: _____, 2026

_____
Magistrate Judge H. Brent Brennenstuhl