# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF KENTUCKY
## AT BOWLING GREEN

**CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,**

        **Plaintiff,**

v.

**HOLLEY INC., et al.,**

        **Defendants.**

**Case No.: 1:23-cv-00148-GNS-HBB**
**Judge Greg N. Stivers**
**Magistrate Judge H. Brent Brennenstuhl**

## ORDER GRANTING NON-PARTY TURN 5, INC.'S MOTION TO STRIKE THE MOTION TO QUASH SUBPOENA

This matter is before the Court on the Motion to Strike the Motion to Quash Subpoena of Non-Party Turn 5, Inc. d/b/a American Muscle, filed by non-party Turn 5, Inc. d/b/a American Muscle ("Turn5"). The Court, having reviewed the Motion and being otherwise sufficiently advised, and noting the parties' representation that the dispute has been resolved without prejudice, ORDERS as follows:

1. The Motion is GRANTED; and

2. The Motion to Quash Subpoena filed by non-party Turn 5, Inc. d/b/a American Muscle is hereby STRICKEN WITHOUT PREJUDICE.

IT IS SO ORDERED.

Date:  April 10, 2026

**H. Brent Brennenstuhl**
**United States Magistrate Judge**