**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| **CITY OF FORT LAUDERDALE** | : | |
| **GENERAL EMPLOYEES'** | : | |
| **RETIREMENT SYSTEM,** | : | |
| | : | **Case No. 1:23-cv-00148** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Judge Greg N. Stivers** |
| | : | **Magistrate Judge H. Brent Brennenstuhl** |
| | : | |
| **HOLLEY INC.** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

**ORDER GRANTING JEG'S AUTOMOTIVE, LLC D/B/A JEGS HIGH PERFORMANCE'S MOTION TO CONTINUE APRIL 21, 2026 HEARING**

This matter having come before this Court upon non-party Jeg's High Performance's Motion to Continue the April 21, 2026 hearing, the Court being fully advised, and good cause appearing therefore, it is hereby

**ORDERED** that the Motion is **GRANTED** and the hearing on the Motion to Quash, or in the Alternative, Motion for Protective Order set for April 21, 2026 is RESCHEDULED to be conducted on **April 30, 2026, at 10:00 am, CDT** .

Dated:  April 16, 2026

H. Brent Brennenstuhl
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Distribution List:

All counsel of record via the Court's CM/ECF system