**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

| | |
|---|---|
| CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:23-cv-148-GNS |
| v. | Judge Greg N. Stivers |
| HOLLEY INC., TOM TOMLINSON, DOMINIC BARDOS, and VINOD NIMMAGADDA | Magistrate Judge H. Brent Brennenstuhl |
| Defendants. | |

**JOINT STIPULATION AND MOTION REQUESTING 60-DAY STAY**
**OF ALL PENDING CASE DEADLINES**

Lead Plaintiff City of Fort Lauderdale General Employees' Retirement System ("Lead Plaintiff") and Defendants Holley Inc., Tom Tomlinson, Dominic Bardos, and Vinod Nimmagadda ("Defendants") hereby respectfully submit to the Court this joint stipulation and motion to stay further proceedings in this action for sixty (60) days pending finalization of settlement. In support of this joint stipulation and motion, the parties state as follows:

1)      On March 20, 2025, Lead Plaintiff filed a Supplemented Amended Complaint for Violations of Federal Securities Laws ("Supplemented Amended Complaint"). *See* Dkt. No. 68.

2)      On October 31, 2025, the Court entered a Scheduling Order setting discovery and other case deadlines. *See* Dkt. No. 95.

3)      On November 12, 2025, Defendants filed their Answer to the Supplemented Amended Complaint. *See* Dkt. No. 106.

4)      There are two motions currently pending before the Court: (1) Lead Plaintiff's

January 23, 2026 Motion and Incorporated Memorandum of Law for Class Certification (Dkt. No. 122), for which Defendants' opposition is due to be filed on April 29, 2026, and Lead Plaintiff's reply is due on June 26, 2026 (*see* Dkt. No. 133); and (2) non-party Jeg's High Performance Motion to Quash Subpoena, or in the Alternative, For a Protective Order ("Motion to Quash"), which is fully briefed (Dkt. Nos. 123, 132, 135) and set for hearing on April 30, 2026 (Dkt. No. 141).

5)      The parties are currently engaged in written and document discovery, including non-party discovery, and anticipate there will be substantial additional written and document discovery, including electronic discovery, along with deposition testimony, in the coming months.

6)      On April 16, 2026, the parties attended a mediation proceeding overseen by mediator David Murphy of Phillips ADR, but were unable to reach an agreement.

7)      Following a mediator's proposal, the parties reached an agreement in principle to resolve this matter on April 21, 2026. The parties are negotiating and preparing the class action settlement agreement and other settlement-related documents. The parties expect to finalize those documents within approximately 60 days. Upon execution of the settlement agreement, Lead Plaintiff expects to move for preliminary approval of the settlement.

8)      The parties believe that judicial economy and the interests of the parties and non-parties would be served by a 60-day stay of the action while the parties finalize the settlement agreement, after which time the parties will jointly file a status report regarding the parties' progress if Lead Plaintiff has not yet moved for preliminary approval of the settlement.

WHEREFORE, the parties respectfully request that the Court grant this joint stipulation and motion for a 60-day stay of all pending case deadlines, including Defendants' April 29, 2026 deadline to oppose Lead Plaintiff's Motion for Class Certification and Appointment of Class

2

Representative and Class Counsel (*see* Dkt. No. 133) and the hearing on the Motion to Quash, to

allow the parties to finalize the settlement agreement.

Respectfully submitted this 22 day of April, 2026.

DATED:  April 22, 2026

s/ *Sean M. Berkowitz*
Sean M. Berkowitz (*pro hac vice*)
Eric R. Swibel (*pro hac vice*)
Nicholas J. Siciliano (*pro hac vice*)
Renatta A. Gorski (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Street, Suite 2800
Chicago, IL 60611
Telephone: 312.876.7700
Facsimile: 312.993.9767
Email: sean.berkowitz@lw.com
        eric.swibel@lw.com
        nicholas.siciliano@lw.com
        renatta.gorski@lw.com

Michele D. Johnson (*pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235
Facsimile: 714.755.8290
Email: michele.johnson@lw.com

Michael A. Galdes (*pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Telephone: 424.653.5500
Facsimile: 424.653.5501
Email: michael.galdes@lw.com

Michael P. Abate
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
Telephone: 502.540-8280

3

Email: mabate@kaplanjohnsonlaw.com

*Attorneys for Defendants Holley Inc., Tom Tomlinson, Dominic Bardos & Vinod Nimmagadda*

s/ *Robert J. Robbins (with permission)*
Robert J. Robbins (*pro hac vice*)
Elizabeth A. Shonson (*pro hac vice*)
Sabrina E. Tirabassi (*pro hac vice*)
Andrew T. Rees (*pro hac vice*)
Alex Kaplan (*pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33423
Telephone: 561/750-3000
Email: rrobbins@rgrdlaw.com
        eshonson@rgrdlaw.com
        stirabassi@rgrdlaw.com
        arees@rgrdlaw.com
        akaplan@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

David Garrison (KY Bar No. 98258)
BARRETT JOHNSTON MARTIN & GARRISON, LLC
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2202
Email: dgarrison@barrettjohnston.com

*Local Counsel*

4