**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

| | |
|---|---|
| CITY OF FORT LAUDERDALE GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:23-cv-148-GNS |
| v. | Judge Greg N. Stivers |
| HOLLEY INC., TOM TOMLINSON, DOMINIC BARDOS, and VINOD NIMMAGADDA | Magistrate Judge H. Brent Brennenstuhl |
| Defendants. | |

**ORDER GRANTING REQUEST FOR 60-DAY STAY**
**OF ALL PENDING CASE DEADLINES**

This cause having come before the Court on the Joint Stipulation and Motion Requesting 60-Day Stay of All Pending Case Deadlines, filed April 22, 2026. The Court has considered the joint stipulation and motion, notes that it is unopposed, and is otherwise fully advised in its premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the joint stipulation and motion, Dkt. No. 143 is GRANTED.

All deadlines in this action are stayed until June 22, 2026.

Absent a motion for preliminary approval of a settlement, the parties shall jointly file a status report on June 22, 2026.

**DONE AND ORDERED** this: April 24, 2026

H. Brent Brennenstuhl
**H. Brent Brennenstuhl**
**United States Magistrate Judge**